# UNITED STATES DISTRICT COURT

___SOUTHERN___ DISTRICT OF ___CALIFORNIA___

In the Matter of the Search of

1) Motorola Boost Cell Phone
Model No.: H81XAH6RR1AN
FCC No.:   AZ489FT5835
Serial No: 364KFG1SGJ
2) Motorola Boost Cell Phone
Model No.: H65XAN6RR4BN
FCC No.:   AZ489FT5844
Serial No.: 364KHC26TR
3) Motorola Boost Cell Phone
Model No.: H98XAH6JR2AN
FCC No.:   IHDT56HH1
Serial No.: 364VHQ56H8

2008 JAN 11 PM 2:25

CLERK US DISTRICT COURT
SOUTHERN

## SEARCH WARRANT
knt

CASE NUMBER: 07CR3218JM
08MJ0048

TO: __John Chakwin, III__ and any Authorized Officer of the United States

Affidavit having been made before me by John Chakwin, III who has reason to believe that on the premises known as

   See Attachment "A"

in the Southern District of California there is now concealed a certain person or property namely

   See Attachment "B"

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant based on alleged violations of: Title 8, United States Code, Sections 1324 (a)(2)(B)(ii), bringing in illegal aliens for financial gain.

YOU ARE HEREBY COMMANDED to search on or before __1/17/08__
                                                   Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____, UNITED STATES MAGISTRATE JUDGE as required by law.

__1/7/08  11:50 A.M.__ at __San Diego, CA__
Date and Time Issued          City and State

United States District Court Judge or United States Magistrate Judge

LOUISA S. PORTER
__U.S. MAGISTRATE JUDGE__
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer
Name and Title of Judicial Officer

ATTACHMENT "A"

1) A Black Motorola Boost cellular phone- Model No.: H81XAH6RR1AN, FCC No.: AZ489FT5835, and Serial No: 364KFG1SGJ

2) A Black Motorola Boost cellular phone- Model No.: H65XAN6RR4BN, FCC No.: AZ489FT5844, and Serial No.: 364KHC26TR

3) A white Motorola Boost cellular phone Model No.: H98XAH6JR2AN, FCC No.: IHDT56HH1, and Serial No.: 364VHQ56H8.

These telephones are currently in the possession of U.S. ICE, 185 West F Street, Suite 600, San Diego, California.

ATTACHMENT "B"

Electronically stored information found subsequent to the search of the property described in ATTACHMENT "A", including telephone numbers of incoming and outgoing calls stored in the call registry, telephone numbers and corresponding names to those numbers in the cellular phones contacts list and other names found within the contacts list, any incoming or outgoing text messages, photographic images, voicemails, and telephone subscriber information.

AO 93 (Rev. 5/85) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| January 7, 2007 | January 7, 2007/ 1300 hours | Case File/ Court |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| S/A Mark Levan |

| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |
|---|
| SEE ATTACHMENT "C" |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date

*[signature]* 1/11/08
U.S. Judge or Magistrate / Date

U.S. Magistrate Judge L. PORTER



Directory
| | |
|---|---|
| Boost | (888) 266-7848 |
| Miguel | 121*133*7009 |
| Xx X | 122*489*1491 |
| My information | 122*489*3512 |
| IP del Operador | 10.232.176.122 |
| Direccion IP-1 | 0.0.0.0 |
| Direccion IP-2 | 0.0.0.0 |

llamadas (Call Log)
Xx X
Miguel
122*489*3514
122*488*3879
611
225
122*489*9
1-664-113-2304
1-619-966-5589
661-111-8006
125*320911*17



Directory
| | | |
|---|---|---|
| Com | 122*489*1491 | |
| Jon | 122*486*28 | |
| Lau | 122*487*699 | |
| Mar | 122*488*2632 | |
| Mcs | 122*489*3950 | |
| mon | 122*488*3879 | |
| Pal | 125*312*12415 | |
| Pel | 125*312*8657 | |
| Tic | 122*489*3514 | |
| My Information | 619-395-8922 | 122*489*2860 |
| IP Operator | 10.245.163.23 | |

| Llamadas (Call Log) | | | |
|---|---|---|---|
| Com | 122*489*1491 | 6:11am on 11/15 | |
| Jon | 122*486*28 | 6:04am on 11/15 | |

[redacted]

| Directory | | |
|---|---|---|
| Arabe | 122*486*28 | |
| Call Balance | 225 | |
| call care | 611 | |
| call re-boost | 233 | |
| Cris | 122*487*3422 | |
| Cunado | 122*489*3950 | |
| Kompi | 122*489*1491 | |
| Marta | 122*488*2632 | |
| Ojitos | 122*489*2860 | |
| Pal | 125*312*12415 | |
| Pau | 125*307*11684 | |
| Pecosita | 152*15*41965 | |
| Peli | 125*312*8657 | |
| Ticuil | 122*489*3514 | |
| Zamira | 619-649-3232 | 125*324659*22 |
| 7 | 122*489*3512 | |
| Mi Nombre | 122*488*3879 | |
| IP Operator | 10.213.165.178 | |

| Llam Recientes (Call Log) | |
|---|---|
| Arabe | 6:14 AM on 11/15 |
| Kompi | 6:01 AM on 11/15 |
| 7 | 4:20 AM on 11/15 |
| Ojitos | 1:38 AM on 11/15 |
| Cunado | 11:27 PM on 11/14 |
| Pau | 9:31 PM on 11/14 |
| Pal | 8:37 PM on 11/14 |
| Call Care | 6:01 PM on 11/14 |
| Peli | 11:14 AM on 11/14 |
| Pecosita | 10:02 PM on 11/13 |
| Marta | 4:24 PM on 11/13 |
| 125*171945*5 | 12:21 PM on 11/12 |
| 122*488*2317 | 11:42 AM on 11/12 |
| Ticuil | 11:09 AM on 11/12 |
| Cris | 10:04 AM on 11/12 |
| Zamira | 11:10 PM on 11/9 |

ATTACHMENT "C", Case Number: 07 CR3218 JM    /    08 MJ0048                          3

| | |
|---|---|
| 125*32013*1 | 2:40 PM on 11/9 |
| 121*129*3393 | 10:32 PM on 11/8 |